**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CREE LED INC.,

Plaintiff,

v.

ABSEN INC., and
ORLANDO SPORTS HOLDINGS, LLC d/b/a ORLANDO CITY SOCCER CLUB,

Defendants.

Civil Action No:

## COMPLAINT

Plaintiff Cree LED Inc. ("Cree LED" or "Plaintiff") files this Complaint for patent infringement against Defendants Absen Inc. ("Absen") and Orlando Sports Holdings, LLC d/b/a Orlando City Soccer Club ("Orlando City SC") (collectively, "Defendants") and alleges as follows:

## NATURE OF THE ACTION

1. This is an action for infringement of United States Patent Nos. US7718991 (the '991 Patent); US8049230 (the '230 Patent); US8901583 (the '583 Patent); US9240395 (the '395 Patent); US9831393 (the '393 Patent); USD679842 (the 'D842 Patent); and USD684545 (the 'D545 Patent) (collectively, the "Asserted Patents"). Specifically, Cree LED brings this action

because Defendants infringe the Asserted Patents by selling and using high-resolution video display panels.

2. Cree LED, together with its predecessor, Cree, Inc., has over a thirty-year track record of innovations and industry firsts in LED technology driven by its investment in and focus on research and development. Cree LED's rich history of innovation has distinguished it as one of the LED industry's strongest brands. Today, Cree LED specializes in providing a broad portfolio of high-performance LED chips and components throughout the world. Cree LED's contributions to LED development and design serve as the basis for Cree LED's expansive portfolio of U.S. and worldwide patents, covering an array of innovative technologies.

3. Cree LED is committed to protecting and enforcing its valuable intellectual property.

4. Furthermore, as an industry leader, it is incumbent upon Cree LED to be a guardian of product quality in the LED industry by ensuring that its innovations are legitimately practiced with consistent high quality, especially given the integral role of LED technology in everyday life.

## PARTIES

5. Cree LED is a corporation formed under the laws of the State of Delaware, with a principal place of business at 4001 E. Hwy 54, Suite 2000, Durham, North Carolina 27713.

6. Upon information and belief, Absen is a corporation formed under the laws of the State of Delaware, with a principal place of business at 7120 Lake Ellenor Drive, Orlando, Florida 32809.

7. Upon information and belief, Orlando City SC is a limited liability company organized under the laws of the State of Delaware, with a principal place of business at 655 W. Church Street, Orlando, Florida 32805.

## JURISDICTION AND VENUE

8. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 271 *et seq*. This Court has subject matter jurisdiction over this action pursuant to at least 28 U.S.C. §§ 1331 and 1338(a).

9. This Court has personal jurisdiction over Absen because, upon information and belief, Absen maintains its principal place of business in Florida, from which, upon further information and belief, it markets and sells or has marketed and sold the infringing products described herein.

10. This Court has personal jurisdiction over Orlando City SC because, upon information and belief, Orlando City SC and maintains its principal place of business in Florida, from which, upon further information and belief, it purchases and uses or has purchased and used infringing products described herein.

11. Venue is proper in this District under 28 U.S.C. § 1400(b) because (i) Absen resides in this District for venue purposes, and (ii) upon information

and belief, Absen has committed acts of infringement and has a regular and established place of business in this District.

12. Venue is proper in this District under 28 U.S.C. § 1400(b) because (i) Orlando City SC resides in this District for venue purposes, and (ii) upon information and belief, Orlando City SC has committed acts of infringement and has a regular and established place of business in this District.

## FACTS

### The Asserted Patents

13. The ’991 Patent is titled “Lighting Device and Method of Making.” The U.S. Patent and Trademark Office (“PTO”) issued the ’991 Patent on May 18, 2010. Cree LED is the owner of all rights, title, and interests in and to the ’991 Patent, including all rights to bring actions and recover damages for past and future infringement thereof. A true and correct copy of the ’991 Patent is attached as **Exhibit A**.

14. The ’230 Patent is titled “Apparatus and System for Miniature Surface Mount Devices.” The PTO issued the ’230 Patent on November 1, 2011. Cree LED is the owner of all rights, title, and interests in and to the ’230 Patent, including all rights to bring actions and recover damages for past and future infringement thereof. A true and correct copy of the ’230 Patent is attached as **Exhibit B.**

15. The ’583 Patent is titled “Surface Mount Device Thin Package.” The PTO issued the ’583 Patent on December 2, 2014. Cree LED is the owner of all rights, title, and interests in and to the ’583 Patent, including all rights to bring actions and recover damages for past and future infringement thereof. A true and correct copy of the ’583 Patent is attached as **Exhibit C**.

16. The ’395 Patent is titled “Waterproof Surface Mount Device Package and Method.” The PTO issued the ’395 Patent on January 19, 2016. Cree LED is the owner of all rights, title, and interests in and to the ’395 Patent, including all rights to bring actions and recover damages for past and future infringement thereof. A true and correct copy of the ’395 Patent is attached as **Exhibit D**.

17. The ’393 Patent is titled “Water Resistant Surface Mount Device Package.” The PTO issued the ’393 Patent on November 28, 2017. Cree LED is the owner of all rights, title, and interests in and to the ’393 Patent, including all rights to bring actions and recover damages for past and future infringement thereof. A true and correct copy of the ’393 Patent is attached as **Exhibit E.**

18. The ’D842 Patent is titled “High Brightness LED Package.” The PTO issued the ’D842 Patent on April 9, 2013. Cree LED is the owner of all rights, title, and interests in and to the ’D842 Patent, including all rights to

bring actions and recover damages for past and future infringement thereof. A true and correct copy of the ’D842 Patent is attached as **Exhibit F**.

19. The ’D545 Patent is titled “Minatare Surface Mount Device.” The PTO issued the ’D545 Patent on April 9, 2013. Cree LED is the owner of all rights, title, and interests in and to the ’D545 Patent, including all rights to bring actions and recover damages for past and future infringement thereof. A true and correct copy of the ’D545 Patent is attached as **Exhibit G.**

**Absen’s Infringing Conduct**

20. Absen makes, uses, offers to sell, and/or sells high-resolution LED video display panels that infringe the Asserted Patents. Those infringing LED panels (collectively, the “Infringing Products”) include at least the following:

- Absen X5 Panel (the “X5”);
- Absen A25 Panel (the “A25”);
- Absen A99 Panel (the “A99”);
- Absen C7 Panel (the “C7”);
- Absen M15 Panel (the “M15”);
- Absenicon 3.0 (the “Absenicon”); and
- A2725 Acclaim (the “A2725”).[1]

21. Images of the Absen X5, A25, and A99 display panels are shown below.

[1] Cree LED believes that discovery will reveal that Absen sells additional infringing displays and LED components.




Source: https://www.matrixvisual.com/blog/brilliance-of-absen-led/.




Source: https://www.usabsen.com/product/a25-series/?utm_source=google&utm_medium=cpc&utm_campaign=brand2511&u

tm_term=absenled&utm_content=185023302621&gad_source=1&gad_campaignid=23222832632&gbraid=0AAAAA_xE9WSXuVwtyrO3jkzlx_QGPvsvy&gclid=EAIaIQobChMIs72Y5b-5lgMViYVaBR3DHgLCEAAYASAAEgIJdvD_BwE.




Source: https://www.absen.com/product/a99-series/.

22. Images of the infringing components used in Absen's X5, A25, and A99 display panels are shown below.[2]





[2] Upon information and belief, images of the infringing internal componentry of the Absen X5 are representative of the infringing internal componentry for Absen's A25 and A99 models, as it relates to the allegations herein.









23. Absen's X5, A25, and A99 display panels meet each element of at least the following claims: claim 19 of the '230 Patent, claim 1 of the '395 Patent, and claim 1 of the '393 Patent.

24. An image of the Absen C7 display panel is shown below.



Source: https://gearsource.com/product/c7-indoor-and-outdoor-mesh-led-tiles/004513.

25. Images of the infringing components used in Absen's C7 display panel are shown below.



26. Absen's C7 display panel meets each element of at least the following claims: claim 19 of the '230 Patent, claim 1 of the '395 Patent, and claim 1 of the '393 Patent.

27. An image of the Absen M15 display panel is shown below.




Source:
https://www.gearmarket.eu/media/gearmarket/product/30200_bro.pdf.

28. Images of the infringing components used in Absen's M15 display panel are shown below.



29. Absen's M15 display panel meets each element of at least the following claims: claim 19 of the '230 Patent and claim 1 of the '393 Patent.

30. An image of the Absenicon display panel from Absen's website is shown below.




Source: https://www.absen.com/absen-launches-absenicon-3-0-for-meetings-and-presentations/.

31. Images of the infringing components used in the Absenicon display panel are shown below.








32. The Absenicon display panel meets each element of at least the following claims: claim 1 of the ’991 Patent, claim 19 of the ’230 Patent, claim

23 of the ’583 Patent, claim 1 of the ’D842 Patent, and claim 1 of the ’D545 Patent.

33. An image of the Absen A2725 display panel is shown below.




Source: https://www.ledwallcentral.com/Absen-A2725.htm.

34. Images of the infringing components used in Absen’s A2725 display panel are shown below.



35. Absen's A2725 display panel meets each element of at least the following claims: claim 1 of the '991 Patent, claim 19 of the '230 Patent, claim 23 of the '583 Patent, claim 1 of the 'D842 Patent, and claim 1 of the 'D545 Patent.

36. Absen has had notice of its infringement of at least the '991 Patent, '230 Patent, '395 Patent, and '393 Patent since at least as early as May 5, 2025, by virtue of a letter Cree LED sent to Absen notifying Absen of these patents and preliminarily identifying Absen's A-5, A-7, and A-15 panels as infringing.

37. Counsel for Cree LED sent follow-up email correspondence on June 2, 2025 regarding Absen's infringement of Cree LED's patents.

38. After failing to receive a response from Absen, Cree LED sent a follow-up letter on July 7, 2025 to Absen, again notifying Absen that its X5, C7, and M15 display panels infringe at least the '991 Patent, '230 Patent, and '395 Patent.

39. Cree LED sent an additional letter to Absen on October 1, 2025, notifying Absen that its Absenicon 3.0 and A2725 display panels infringed at least the '583 Patent, 'D842 Patent, and 'D545 Patent.

40. Absen's infringement is causing irreparable harm and monetary damages to Cree LED, entitling Cree LED to both monetary damages and injunctive relief.

**Orlando City SC's Infringing Conduct**

41. Orlando City SC purchases and uses high-resolution LED video display panels that infringe the Asserted Patents. Upon information and belief, some of those products are supplied by Absen to Orlando City SC.

42. Upon information and belief, Orlando City SC purchases and uses or has purchased and used at least the following Infringing Products:

- X5;
- A25; and
- A99.

43. Upon information and belief, Absen partnered with Revel Media Group, LLC ("Revel") to implement and install various Infringing Products, including at least the Absen X5, A25, and A99 products or their equivalents, for use by Orlando City SC at its stadium.

44. An excerpt from Revel's "Case Studies" section of its website identifies the partnership with Absen for use at Orlando City SC's stadium, as shown below.







Source: https://www.onerevel.com/case-studies/orlando-city-soccer (annotated).

45. Absen announced in a February 21, 2024 press release that Absen, in collaboration with Revel, undertook "an extensive LED installation at the INTER&Co Stadium," which is owned and operated by Orlando City SC. *See*

https://www.usabsen.com/absen-and-revel-media-illuminate-interco-stadium-with-5m-pixel-led/.

46. Upon information and belief, the collaboration between Absen and Orlando City SC resulted in the installation of "Absen's acclaimed A Series" at Orlando City SC's stadium, including "two massive fascia LED screens, each extending an impressive 150 feet, and a colossal end-zone screen measuring 60 feet by 34 feet." *Id*.



In a project that marries innovation with fanfare, Absen's acclaimed A Series — a testament to our excellence in LED solutions — will be front and center. The installation features two massive fascia LED screens, each extending an impressive 150 feet, and a colossal end-zone screen measuring 60 feet by 34 feet, promising an immersive experience for every spectator.



Our A Series, known for its exceptional brightness, contrast, and energy efficiency, is engineered for dynamic outdoor advertising and is the perfect match for the high-energy atmosphere of the INTER&Co Stadium. This initiative reaffirms Absen's commitment to enhancing environments through superior LED displays that not only captivate but also connect with the community's spirit.

Source: https://www.usabsen.com/absen-and-revel-media-illuminate-interco-stadium-with-5m-pixel-led/.

47. Cree LED notified Revel of the Asserted Patents by virtue of a letter Cree LED sent to Revel on June 6, 2025, notifying Revel of the Asserted Patents and Absen's sale of infringing LED panels.

48. Upon information and belief, by virtue of having worked with Revel and Absen in relation to the infringing LED panels, Orlando City SC has had notice of the Asserted Patents and its infringement since before the filing of this lawsuit.

49. Orlando City SC's infringement is causing irreparable harm and monetary damages to Cree LED, entitling Cree LED to both monetary damages and injunctive relief.

**COUNT I: ABSEN'S INFRINGEMENT OF THE '991 PATENT UNDER 35 U.S.C. § 271**

50. Cree LED incorporates by reference the allegations contained in Paragraphs 1 through 49 above as though fully stated herein.

51. Absen directly and literally infringes one or more claims of the '991 Patent under 35 U.S.C. § 271(a), including at least claim 1, by making, using, offering to sell, or selling in the United States at least the Absenicon and A2725 display panels without permission or license from Cree LED.

52. In relation to claim 1 of the '991 Patent, at least Absen's Absenicon and A2725 display panels contain a lighting device comprising:

i. at least one solid state light emitter;

ii. at least a first electrode and a second electrode, said first electrode and said second electrode each being electrically connected to said solid state light emitter;

iii. an encapsulant element that defines part of an outer surface of said lighting device, at least one region of said encapsulant element comprising at least one silicone compound and extending to said outer surface of said lighting device;

iv. at least one supporting region, at least a portion of said first electrode being surrounded by said supporting region;

v. a reflective element, said solid state light emitter being mounted on said reflective element; and

vi. said encapsulant element and said at least one supporting region together defining said outer surface of said lighting device, said outer surface of said lighting device substantially encompassing said solid state light emitter.

53. For example, teardown images of infringing components used in the Absenicon and A2725 display panels demonstrate that they contain a lighting device with at least one solid state light emitter.



Internal Image
Absenicon 3.0



Internal Image
Absen A2725

54. The componentry of Absen's Absenicon and A2725 display panels further demonstrates that they comprise at least a first electrode and a second electrode, said first electrode and said second electrode each being electrically connected to said solid state light emitter.



Internal Image
Absenicon 3.0



X-Ray Image
Absenicon 3.0



Lower Image
Absenicon 3.0



Internal Image
Absen A2725



X-Ray Image
Absen A2725



Lower Image
Absen A2725

55. Evaluation of the componentry for the Absenicon and A2725 display panels show that they further comprise an encapsulant element that defines part of an outer surface of said lighting device, at least one region of said encapsulant element comprising at least one silicone compound and extending to said outer surface of said lighting device.



Absenicon 3.0



Side Cutaway
Absenicon 3.0


Absen A2725


Cross-Section
Absen A2725

56. Examination of the componentry for the Absenicon and A2725 display panels further demonstrates that they comprise at least one supporting region, at least a portion of said first electrode being surrounded by said supporting region.


X-Ray Image
Absenicon 3.0


Cross-Section
Absenicon 3.0


X-Ray Image
Absen A2725


Cross-Section
Absen A2725

57. Examination of the componentry for the Absenicon and A2725 display panels further demonstrates that they comprise a reflective element, said solid state light emitter being mounted on said reflective element.


Internal Image
Absenicon 3.0


Reflective Element
Absenicon 3.0


Cross-Section
Absenicon 3.0


Internal Image
Absen A2725


Reflective Element
Absen A2725


Cross-Section
Absen A2725

58. Examination of the componentry for the Absenicon and A2725 display panels further demonstrates that they comprise an encapsulant element and said at least one supporting region together defining said outer surface of said lighting device, said outer surface of said lighting device substantially encompassing said solid state light emitter.



Absenicon 3.0



Internal Image
Absenicon 3.0



Side Cutaway
Absenicon 3.0



Absen A2725



Internal Image
Absen A2725



Cross-Section
Absen A2725

59. Upon information and belief, to the extent the Absenicon and A2725 display panels are found not to literally infringe claim 1 of the ’991 Patent, such display panels infringe at least claim 1 of the ’991 Patent under the doctrine of equivalents because they perform substantially the same function in substantially the same way to achieve substantially the same result as the claimed invention.

60. Upon information and belief, Absen has made and is continuing to make unlawful gains and profits from its infringement of the ’991 Patent.

61. As detailed in Paragraphs 36 through 39 above, Absen’s infringement of the ’991 Patent has been willful.

62. Absen's infringement has caused and will continue to cause irreparable harm to Cree LED unless Absen's infringing activities are permanently enjoined by this Court.

63. Absen's infringement has also caused monetary damages to Cree LED in an amount to be determined at trial.

**COUNT II: ABSEN'S INFRINGEMENT OF THE '230 PATENT UNDER 35 U.S.C. § 271**

64. Cree LED incorporates by reference the allegations contained in Paragraphs 1 through 49 above as though fully stated herein.

65. Absen directly and literally infringes one or more claims of the '230 Patent under 35 U.S.C. § 271(a), including at least claim 19, by making, using, offering to sell, or selling in the United States the Infringing Products' display panels without permission or license from Cree LED.

66. In relation to claim 19 of the '230 Patent, the Infringing Products' display panels contain an LED display comprising:

i. a substrate carrying an array of surface-mount devices ("SMDs") arranged in vertical columns and horizontal rows, each of said SMDs comprising a dark casing and containing a vertically oriented, linear arrangement of LEDs adapted to be energized to produce in combination a substantially full range of colors and to define one pixel of the display; and

ii. signal processing and LED drive circuitry electrically connected to selectively energize said array of SMDs for producing visual images on said display.

67. For example, teardown images of infringing components used in the Infringing Products' display panels demonstrate that they contain an LED display comprising a substrate carrying an array of surface-mount devices arranged in vertical columns and horizontal rows, each of said SMDs comprising a dark casing and containing a vertically oriented, linear arrangement of LEDs.

**Absen X5, A25, and A99**



Absen X5



Absen X5



**Absen C7**



Absen C7



Absen C7



**Absen M15**



Absen M15



Absen M15



## Absenicon



Absenicon 3.0



Absenicon 3.0



## Absen A2725



Absen A2725



Absen A2725



68. Examination of the Infringing Products' display panels further demonstrates that they comprise LEDs adapted to be energized to produce in combination a substantially full range of colors and to define one pixel of the display.

**Absen X5, A25, and A99**




**Absen C7**



## Absen M15




## Absenicon

News

# Absen launches Absenicon 3.0 for meetings and presentations

Absenicon 3.0 is an all-in-one standard conference LED display product, specially designed for meetings and presentations to suit known spaces such as the high-end meeting rooms, lecture halls, auditoriums in corporate, government, education and the other indoor environments that require a reliable fixed display solution for effective communication.




With a 5mm frame and 28.5mm depth of the screen body, Absenicon 3.0 is in a slim design and the screen-to-body ratio reaches 94% to provide superb seamless large-format images.

Absenicon 3.0 allows for open and bright meeting space with adjustable brightness levels from 0 to 350nits, enabling users to choose the right brightness to adapt to different environments whether dark or bright. Besides, featuring a color gamut of 110% and a contrast ratio of 5000:1, Absenicon 3.0 is able to display the true details of content with accurate and vivid colors. In addition, the 160° ultra-wide viewing angle enables the meeting members within the space to receive complete presentation content, enhancing meeting efficiency and productivity.

## <u>Absen A2725</u>

### Parameters

| | | A2738 | A2725 | A2719 | A2715 | A2714 | A2712 |
|---|---|---|---|---|---|---|---|
| Display | LED Type | Black SMD2121 | Black SMD2121 | Black SMD1010 | Black SMD1010 | Black SMD1010 | Black SMD0808 |
| | Pixel Pitch | 3.81 mm | 2.54 mm | 1.906 mm | 1.58 mm | 1.46 mm | 1.27 mm |
| | Panel Size | 27.5" | | | | | |
| | Panel Dimension | 610 x 343 x 61 mm (24.01" x 13.51" x 2.40") | | | | | |
| | Resolution | 160 x 90 (16:9) | 240 x 135 (16:9) | 320 x 180 (16:9) | 384 x 216 (16:9) | 416 x 234 (16:9) | 480 x 270 (16:9) |
| | Product Weight | 8 kg (17.64 lb) | 8 kg (17.64 lb) | 8.5 kg (18.74 lb) | 8.5 kg (18.74 lb) | 8.5 kg (18.74 lb) | 8.5 kg (18.74 lb) |
| | Panel Material | Die casting Aluminum | | | | | |
| | Brightness | 1,000 nit | 1,000 nit | 800 nit | 700 nit | 600 nit | 600 nit |
| | Refresh Rate | 1,920/3,840 Hz (optional) | | | | | |
| | Color Gamut | 110% NTSC | | | | | |
| | Contrast Ratio | 5,000:1 | 5,000:1 | 4,500:1 | 4,000:1 | 3,000:1 | 3,000:1 |
| | Viewing Angle (Horizontal/Vertical) | 150/130 deg. | 160/140 deg. | | | | |
| Connectivity | Input | HDMI (Smart Version) / RJ45 (Standard Vesion) | | | | | |
| | Output | HDMI (Smart Version) / RJ45 (Standard Vosion) | | | | | |
| | External Control | USB, RJ45 | | | | | |
| | External Sensor | WiFi, Bluetooth (With aiBox) | | | | | |
| Power | Power Supply | AC 100 - 240 V~ (+/- 10 %), 50/60 Hz | | | | | |
| | Power Consumption (Typical/Max) | 167/500 W/m² | 203/610 W/m² | 167/500 W/m² | 173/520 W/m² | 153/460 W/m² | 153/460 W/m² |
| Environmental Conditions | IP Rating(Front/Rear): | IP40/IP21, IP40/IP30 (optional) | | | | | |
| | Operating Humidity | 10%~85% | | | | | |
| | Operating Environment | Indoor | | | | | |

69. Examination of the componentry for the Infringing Products' display panels further demonstrates that they comprise signal processing and LED drive circuitry electrically connected to selectively energize said array of SMDs for producing visual images on said display.


X-Ray Image
Absen X5


X-Ray Image
Absen X5


X-Ray Image
Absen C7


X-Ray Image
Absen C7


X-Ray Image
Absen M15


X-Ray Image
Absen M15


X-Ray Image
Absenicon 3.0


X-Ray Image
Absenicon 3.0


X-Ray Image
Absen A2725


X-Ray Image
Absen A2725

70. Upon information and belief, to the extent the Infringing Products' display panels are found not to literally infringe claim 19 of the '230 Patent, such display panels infringe at least claim 19 of the '230 Patent under the doctrine of equivalents because they perform substantially the same function in substantially the same way to achieve substantially the same result as the claimed invention.

71. Upon information and belief, Absen has made and is continuing to make unlawful gains and profits from its infringement of the '230 Patent.

72. As detailed in Paragraphs 36 through 39 above, Absen's infringement of the '230 Patent has been willful.

73. Absen's infringement has caused and will continue to cause irreparable harm to Cree LED unless Absen's infringing activities are permanently enjoined by this Court.

74. Absen's infringement has also caused monetary damages to Cree LED in an amount to be determined at trial.

**COUNT III: ABSEN'S INFRINGEMENT OF THE '583 PATENT UNDER 35 U.S.C. § 271**

75. Cree LED incorporates by reference the allegations contained in Paragraphs 1 through 49 above as though fully stated herein.

76. Absen directly and literally infringes one or more claims of the '583 Patent under 35 U.S.C. § 271(a), including at least claim 23, by making, using, offering to sell, or selling in the United States the Absenicon and A2725 display panels without permission or license from Cree LED.

77. In relation to claim 23 of the '583 Patent, at least Absen's Absenicon and A2725 display panels contain an emitter package comprising:

i. a casing comprising a cavity extending into the interior of said casing from a top surface of said casing;

ii. a lead frame integral to said casing, wherein said lead frame comprises features that cooperate with said casing to provide a rigid connection between said lead frame and said casing; and

iii. a plurality of light emitting devices arranged on portions of said lead frame exposed through said cavity;

iv. wherein said casing comprises a stepwise gradation such that the length and width of the bottom of said casing are greater than the length and width of the top of said casing.

78. For example, teardown images of infringing components used in the Absenicon and A2725 display panels demonstrate that they contain an emitter package comprising a casing comprising a cavity extending into the interior of said casing from a top surface of said casing.



Absenicon 3.0



Side View
Absenicon 3.0



Side Cutaway
Absenicon 3.0



Absen A2725



Side View
Absen A2725



Cross-Section
Absen A2725

79. Examination of the componentry for the Absenicon and A2725 display panels further demonstrates that they comprise a lead frame integral to said casing, wherein said lead frame comprises features that cooperate with said casing to provide a rigid connection between said lead frame and said casing.



Side View
Absenicon 3.0



Side Cutaway
Absenicon 3.0



X-Ray Image
Absenicon 3.0



Absenicon 3.0



Side View
Absen A2725



Cross-Section
Absen A2725



X-Ray Image
Absen A2725



Absen A2725

80. Examination of the componentry for the Absenicon and A2725 display panels further demonstrates that they comprise a plurality of light emitting devices arranged on portions of said lead frame exposed through said cavity.



Internal Image
Absenicon 3.0



X-Ray Image
Absenicon 3.0



Internal Image
Absen A2725



X-Ray Image
Absen A2725

81. Examination of the componentry for the Absenicon and A2725 display panels further demonstrates that they comprise an emitter package wherein said casing comprises a stepwise gradation such that the length and width of the bottom of said casing are greater than the length and width of the top of said casing.



Side View
Absenicon 3.0



Cross-Section
Absen A2725

82. Upon information and belief, to the extent the Absenicon and A2725 display panels are found not to literally infringe claim 23 of the ’583 Patent, such display panels infringe at least claim 23 of the ’583 Patent under the doctrine of equivalents because they perform substantially the same function in substantially the same way to achieve substantially the same result as the claimed invention.

83. Upon information and belief, Absen has made and is continuing to make unlawful gains and profits from its infringement of the ’583 Patent.

84. As detailed in Paragraphs 36 through 39, Absen’s infringement of the ’583 Patent has been willful.

85. Absen’s infringement has caused and will continue to cause irreparable harm to Cree LED unless Absen’s infringing activities are permanently enjoined by this Court.

86. Absen’s infringement has also caused monetary damages to Cree LED in an amount to be determined at trial.

**COUNT IV: ABSEN’S INFRINGEMENT OF THE ’395 PATENT UNDER 35 U.S.C. § 271**

87. Cree LED incorporates by reference the allegations contained in Paragraphs 1 through 49 above as though fully stated herein.

88. Absen directly and literally infringes one or more claims of the ’395 Patent under 35 U.S.C. § 271(a), including at least claim 1, by making, using,

offering to sell, or selling in the United States the Absen X5, A25, A99, and C7 display panels without permission or license from Cree LED.

89. In relation to claim 1 of the ’395 Patent, at least Absen’s X5, A25, A99, and C7 display panels contain an emitter package comprising:

i. a casing comprising a cavity extending into the interior of said casing from a top surface of said casing;

ii. an electrically conductive lead frame integral to said casing, said lead frame comprising v-cuts shaped to receive a casing material;

iii. a plurality of light emitting devices on conductive carrier parts of said lead frame, said light emitting devices and portions of said lead frame exposed through said cavity; and

iv. a plurality of wire bonds electrically connecting each of said light emitting devices to conductive connection parts of said lead frame, wherein the length, thickness, and loop height of said wire bonds is controlled to improve reliability of said package;

v. wherein said emitter package is substantially UV resistant and waterproof.

90. For example, teardown images of infringing components used in the Absen X5, A25, A99 and C7 display panels demonstrate that they contain

a casing comprising a cavity extending into the interior of said casing from a top surface of said casing.


Absen X5


Cross Section
Absen X5


Absen C7


Cross Section
Absen C7

91. Examination of the componentry for the Absen X5, A25, A99 and C7 display panels further demonstrates that they comprise an electrically conductive lead frame integral to said casing, said lead frame comprising v-cuts shaped to receive a casing material.


Internal Image
Absen X5


Component Image
Absen X5


Underside Image
Absen X5


Absen X5


Internal Image
Absen C7


Component Image
Absen C7


Underside Image
Absen C7


Absen C7

92. Examination of the componentry for the Absen X5, A25, A99 and C7 display panels further demonstrates that they comprise a plurality of wire bonds electrically connecting each of said light emitting devices to conductive connection parts of said lead frame, wherein the length, thickness, and loop height of said wire bonds is controlled to improve reliability of said package.


Cross Section
Absen X5


Internal Image
Absen X5


X-Ray Image
Absen X5


Cross Section
Absen C7


Internal Image
Absen C7


X-Ray Image
Absen C7

93. Examination of the componentry for the Absen X5, A25, A99 and C7 display panels further demonstrates that they comprise an emitter package wherein said emitter package is substantially UV resistant and waterproof.






Absen X5 Humidity Seal






Absen C7 Humidity Seal

94. Upon information and belief, to the extent the Absen X5, A25, A99 and C7 display panels are found not to literally infringe claim 1 of the ’395 Patent, such display panels infringe at least claim 1 of the ’395 Patent under the doctrine of equivalents because they perform substantially the same function in substantially the same way to achieve substantially the same result as the claimed invention.

95. Upon information and belief, Absen has made and is continuing to make unlawful gains and profits from its infringement of the ’395 Patent.

96. As detailed in Paragraphs 36 through 39 above, Absen's infringement of the '395 Patent has been willful.

97. Absen's infringement has caused and will continue to cause irreparable harm to Cree LED unless Absen's infringing activities are permanently enjoined by this Court.

98. Absen's infringement has also caused monetary damages to Cree LED in an amount to be determined at trial.

**COUNT V: ABSEN'S INFRINGEMENT OF THE '393 PATENT UNDER 35 U.S.C. § 271**

99. Cree LED incorporates by reference the allegations contained in Paragraphs 1 through 49 above as though fully stated herein.

100. Absen directly and literally infringes one or more claims of the '393 Patent under 35 U.S.C. § 271(a), including at least claim 1, by making, using, offering to sell, or selling in the United States the Absen X5, A25, A99, C7, and M15 display panels without permission or license from Cree LED.

101. In relation to claim 1 of the '393 Patent, at least Absen's X5, A25, A99, C7, and M15 display panels contain an emitter package comprising:

i. a casing comprising a cavity extending into an interior of the casing from a top surface of the casing;

ii. an electrically conductive lead frame coupled to the casing and comprising a plurality of leads, each lead of the plurality

of leads comprising a package mounting portion in a first plane, a device mounting portion in a plane other than the first plane, and an intermediate portion between the first plane and the second plane, at least one lead in the plurality of leads having a first surface, and a second surface opposite the first surface, in which the plurality of leads comprises a plurality of electrically conductive cathode parts and a plurality of electrically conductive anode parts, in which the plurality of electrically conductive anode parts are separated by a gap from the plurality of electrically conductive cathode parts;

iii. at least one lead of the plurality of leads comprising at least one feature in a first portion of the electrically conductive lead frame, wherein the at least one feature comprises at least one of a through-hole, a cut, a spot punch, a U-bend, a projection, and an indentation, in which a material of the casing contacts the at least one feature, wherein the at least one feature is distinct from the gap and in at least the first surface and the second surface, in which a portion of the first surface and a portion of the second surface comprising the at least one feature is entirely inside the casing; and

iv. a plurality of light emitting devices coupled to the electrically conductive lead frame, in which the plurality of light emitting devices and at least a second portion of the electrically conductive lead frame distinct from the first portion of the electrically conductive lead frame are exposed through the cavity.

102. For example, teardown images of infringing components used in the X5, A25, A99, C7, and M15 display panels demonstrate that they contain a casing comprising a cavity extending into an interior of the casing from a top surface of the casing.



Absen X5



Cross Section
Absen X5



Absen C7



Cross Section
Absen C7


Absen M15


Cross-Section
Absen M15

103. Examination of the componentry for the Absen X5, A25, A99, C7, and M15 display panels further demonstrates that they comprise an electrically conductive lead frame coupled to the casing and comprising a plurality of leads.


X-Ray Image
Absen X5


X-Ray Image
Absen X5


X-Ray Image
Absen C7


X-Ray Image
Absen M15


Cross Section
Absen X5

104. Examination of the componentry for the Absen X5, A25, A99, C7, and M15 display panels further demonstrates that they comprise each lead of the plurality of leads comprising a package mounting portion in a first plane, a device mounting portion in a plane other than the first plane, and an intermediate portion between the first plane and the second plane, at least one

lead in the plurality of leads having a first surface, and a second surface opposite the first surface, in which the plurality of leads comprises a plurality of electrically conductive cathode parts and a plurality of electrically conductive anode parts, in which the plurality of electrically conductive anode parts are separated by a gap from the plurality of electrically conductive cathode parts.


Cross Section
Absen X5


X-Ray Image
Absen X5


X-Ray Image
Absen X5


Cross Section
Absen C7


X-Ray Image
Absen C7


Cross-Section
Absen M15


X-Ray Image
Absen M15

105. Examination of the componentry for the Absen X5, A25, A99, C7, and M15 display panels further demonstrates that they comprise an emitter package, comprising at least one lead of the plurality of leads comprising at

least one feature in a first portion of the electrically conductive lead frame, wherein the at least one feature comprises at least one of a through-hole, a cut, a spot punch, a U-bend, a projection, and an indentation.


Internal Image
Absen X5


Component Image
Absen X5


X-Ray Image
Absen X5


Internal Image
Absen C7


Component Image
Absen C7


X-Ray Image
Absen C7


Internal Image
Absen M15


Component Image
Absen M15


X-Ray Image
Absen M15

106. Examination of the componentry for the Absen X5, A25, A99, C7, and M15 display panels further demonstrates that they comprise an emitter package in which a material of the casing contacts the at least one feature, wherein the at least one feature is distinct from the gap and in at least the first surface and the second surface, in which a portion of the first surface and a

portion of the second surface comprising the at least one feature is entirely inside the casing.


Cross Section
Absen X5


Component Image
Absen X5


Absen X5


Cross Section
Absen C7


Component Image
Absen C7


Absen C7


Cross-Section
Absen M15


Component Image
Absen M15


Absen M15

107. Examination of the componentry for the Absen X5, A25, A99, C7, and M15 display panels further demonstrates that they comprise a plurality of light emitting devices coupled to the electrically conductive lead frame, in which the plurality of light emitting devices and at least a second portion of

the electrically conductive lead frame distinct from the first portion of the electrically conductive lead frame are exposed through the cavity.



Internal Image
Absen X5



Component Image
Absen X5



Internal Image
Absen C7



Component Image
Absen C7



Internal Image
Absen M15



Component Image
Absen M15

108. Upon information and belief, to the extent the Absen X5, A25, A99, C7, and M15 display panels are found not to literally infringe claim 1 of the ’393 Patent, such display panels infringe at least claim 1 of the ’393 Patent under the doctrine of equivalents because they perform substantially the same function in substantially the same way to achieve substantially the same result as the claimed invention.

109. Upon information and belief, Absen has made and is continuing to make unlawful gains and profits from its infringement of the ’393 Patent.

110. As detailed in Paragraphs 36 through 39, Absen’s infringement of the ’393 Patent has been willful.

111. Absen’s infringement has caused and will continue to cause irreparable harm to Cree LED unless Absen’s infringing activities are permanently enjoined by this Court.

112. Absen’s infringement has also caused monetary damages to Cree LED in an amount to be determined at trial.

**COUNT VI: ABSEN’S INFRINGEMENT OF THE ’D842 PATENT UNDER 35 U.S.C. § 271**

113. Cree LED incorporates by reference the allegations contained in Paragraphs 1 through 49 above as though fully stated herein.

114. Absen infringes the designs of the ’D842 Patent under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, using, offering to sell, or selling in the United States the Absenicon and A2725 display panels without permission or license from Cree LED.

115. The high brightness LED packages of Absen’s Absenicon and A2725 display panels infringe claim 1 of the ’D842 Patent’s “ornamental design for a high brightness LED package.” An exemplary comparison of the LED

packages for Absen's Absenicon and A2725 display panels and the designs of the 'D842 Patent is provided below:

**Absenicon**




**Absen A2725**




116. Upon information and belief, in the eye of an ordinary observer, giving such attention as a purchaser usually gives, the designs of the LED

packages for the Absenicon and A2725 display panels are substantially the same as the designs claimed in the ’D842 Patent.

117. Upon information and belief, Absen has made and is continuing to make unlawful gains and profits from its infringement of the ’D842 Patent.

118. As detailed in Paragraphs 36 through 39 above, Absen’s infringement of the ’D842 Patent has been willful.

119. Absen’s infringement has caused and will continue to cause irreparable harm to Cree LED unless Absen’s infringing activities are permanently enjoined by this Court.

120. Absen’s infringement has also caused monetary damages to Cree LED in an amount to be determined at trial.

**COUNT VII: ABSEN’S INFRINGEMENT OF THE ’D545 PATENT UNDER 35 U.S.C. § 271**

121. Cree LED incorporates by reference the allegations contained in Paragraphs 1 through 49 above as though fully stated herein.

122. Absen directly infringes the designs of the ’D545 Patent under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, using, offering to sell, or selling in the United States the Absenicon and A2725 display panels without permission or license from Cree LED.

123. The miniature surface mount devices of the Absenicon and A2725 display panels infringe at least claim 1 of the ’D545 Patent’s “ornamental

design for a miniature surface mount device." An exemplary comparison of the miniature surface mount devices of the Absenicon and A2725 display panels and the designs of the 'D545 Patent is provided below:

**<u>Absenicon</u>**



**<u>Absen A2725</u>**



124. Upon information and belief, in the eye of an ordinary observer, giving such attention as a purchaser usually gives, the designs of the miniature

surface mount devices for the Absenicon and A2725 display panels are substantially the same as the designs claimed in the ’D545 Patent.

125. Upon information and belief, Absen has made and is continuing to make unlawful gains and profits from its infringement of the ’D545 Patent.

126. As detailed in Paragraphs 37 through 39 above, Absen’s infringement of the ’D545 Patent has been willful.

127. Absen’s infringement has caused and will continue to cause irreparable harm to Cree LED unless Absen’s infringing activities are permanently enjoined by this Court.

128. Absen’s infringement has also caused monetary damages to Cree LED in an amount to be determined at trial.

**COUNT VIII: ORLANDO CITY SC’S INFRINGEMENT OF THE ’230 PATENT UNDER 35 U.S.C. § 271**

129. Cree LED incorporates by reference the allegations contained in Paragraphs 1 through 49 above as though fully stated herein.

130. Orlando City SC directly and literally infringes one or more claims of the ’230 Patent under 35 U.S.C. § 271(a), including at least claim 19, by making, using, offering to sell, or selling in the United States the Absen X5, A25, and A99 display panels without permission or license from Cree LED.

131. In relation to claim 19 of the ’230 Patent, the Absen X5, A25, and A99 display panels contain an LED display comprising:

i. a substrate carrying an array of surface-mount devices arranged in vertical columns and horizontal rows, each of said SMDs comprising a dark casing and containing a vertically oriented, linear arrangement of LEDs adapted to be energized to produce in combination a substantially full range of colors and to define one pixel of the display; and

ii. a signal processing and LED drive circuitry electrically connected to selectively energize said array of SMDs for producing visual images on said display.

132. As detailed in Paragraph 67, images of infringing components used in the Absen X5, A25, and A99 display panels demonstrate that they contain an LED display comprising a substrate carrying an array of surface-mount devices arranged in vertical columns and horizontal rows, each of said SMDs comprising a dark casing and containing a vertically oriented, linear arrangement of LEDs.

133. As detailed in Paragraph 68 above, images of infringing components used in the Absen X5, A25, and A99 display panels demonstrate that they comprise LEDs adapted to be energized to produce in combination a substantially full range of colors and to define one pixel of the display.

134. As detailed in Paragraph 69 above, examination of the componentry for the Absen X5, A25, and A99 display panels further

demonstrates that they comprise signal processing and LED drive circuitry electrically connected to selectively energize said array of SMDs for producing visual images on said display.

135. Upon information and belief, to the extent the Absen X5, A25, and A99 display panels are found not to literally infringe claim 19 of the ’230 Patent, such display panels infringe at least claim 19 of the ’230 Patent under the doctrine of equivalents because they perform substantially the same function in substantially the same way to achieve substantially the same result as the claimed invention.

136. Upon information and belief, Orlando City SC has made and is continuing to make unlawful gains and profits from its infringement of the ’230 Patent.

137. As detailed in Paragraphs 47 through 48 above, Orlando City SC’s infringement of the ’230 Patent has been willful.

138. Orlando City SC’s infringement has caused and will continue to cause irreparable harm to Cree LED unless Orlando City SC’s infringing activities are permanently enjoined by this Court.

139. Orlando City SC’s infringement has also caused monetary damages to Cree LED in an amount to be determined at trial.

## COUNT IX: ORLANDO CITY SC'S INFRINGEMENT OF THE '395 PATENT UNDER 35 U.S.C. § 271

140. Cree LED incorporates by reference the allegations contained in Paragraphs 1 through 49 above as though fully stated herein.

141. Orlando City SC directly and literally infringes one or more claims of the '395 Patent under 35 U.S.C. § 271(a), including at least claim 1, by making, using, offering to sell, or selling in the United States the Absen X5, A25, and A99 display panels without permission or license from Cree LED.

142. In relation to claim 1 of the '395 Patent, at least Absen's X5, A25, and A99 display panels contain an emitter package, comprising:

i. a casing comprising a cavity extending into the interior of said casing from a top surface of said casing;

ii. an electrically conductive lead frame integral to said casing, said lead frame comprising v-cuts shaped to receive a casing material;

iii. a plurality of light emitting devices on conductive carrier parts of said lead frame, said light emitting devices and portions of said lead frame exposed through said cavity; and

iv. a plurality of wire bonds electrically connecting each of said light emitting devices to conductive connection parts of said lead frame, wherein the length, thickness, and loop height of

said wire bonds is controlled to improve reliability of said package;

v. wherein said emitter package is substantially UV resistant and waterproof.

143. As detailed in Paragraph 90 above, teardown images of infringing components used in the Absen X5, A25, and A99 display panels demonstrate that they contain a casing comprising a cavity extending into the interior of said casing from a top surface of said casing.

144. As detailed in Paragraph 91 above, teardown images of infringing components used in the Absen X5, A25, and A99 display panels demonstrate that they contain an electrically conductive lead frame integral to said casing, said lead frame comprising v-cuts shaped to receive a casing material.

145. As detailed in Paragraph 92 above, examination of the componentry for the Absen X5, A25, and A99 display panels further demonstrates that they comprise a plurality of wire bonds electrically connecting each of said light emitting devices to conductive connection parts of said lead frame, wherein the length, thickness, and loop height of said wire bonds is controlled to improve reliability of said package.

146. As detailed in Paragraph 93 above, teardown images of infringing components used in the Absen X5, A25, and A99 display panels demonstrate

that they comprise an emitter package wherein said emitter package is substantially UV resistant and waterproof.

147. Upon information and belief, to the extent the Absen X5, A25, and A99 display panels are found not to literally infringe claim 1 of the ’395 Patent, such display panels infringe at least claim 1 of the ’395 Patent under the doctrine of equivalents because they perform substantially the same function in substantially the same way to achieve substantially the same result as the claimed invention.

148. Upon information and belief, Orlando City SC has made and is continuing to make unlawful gains and profits from its infringement of the ’395 Patent.

149. As detailed in Paragraphs 47 through 48 above, Orlando City SC’s infringement of the ’395 Patent has been willful.

150. Orlando City SC’s infringement has caused and will continue to cause irreparable harm to Cree LED unless Orlando City SC’s infringing activities are permanently enjoined by this Court.

151. Orlando City SC’s infringement has also caused monetary damages to Cree LED in an amount to be determined at trial.

**COUNT X: ORLANDO CITY SC'S INFRINGEMENT OF THE '393 PATENT UNDER 35 U.S.C. § 271**

152. Cree LED incorporates by reference the allegations contained in Paragraphs 1 through 49 above as though fully stated herein.

153. Orlando City SC directly and literally infringes one or more claims of the '393 Patent under 35 U.S.C. § 271(a), including at least claim 1, by making, using, offering to sell, or selling in the United States the Absen X5, A25, and A99 display panels without permission or license from Cree LED.

154. In relation to claim 1 of the '393 Patent, at least Absen's X5, A25, and A99 display panels contain an emitter package, comprising:

i. a casing comprising a cavity extending into an interior of the casing from a top surface of the casing;

ii. an electrically conductive lead frame coupled to the casing and comprising a plurality of leads, each lead of the plurality of leads comprising a package mounting portion in a first plane, a device mounting portion in a plane other than the first plane, and an intermediate portion between the first plane and the second plane, at least one lead in the plurality of leads having a first surface, and a second surface opposite the first surface, in which the plurality of leads comprises a plurality of electrically conductive cathode parts and a

plurality of electrically conductive anode parts, in which the plurality of electrically conductive anode parts are separated by a gap from the plurality of electrically conductive cathode parts;

iii. at least one lead of the plurality of leads comprising at least one feature in a first portion of the electrically conductive lead frame, wherein the at least one feature comprises at least one of a through-hole, a cut, a spot punch, a U-bend, a projection, and an indentation, in which a material of the casing contacts the at least one feature, wherein the at least one feature is distinct from the gap and in at least the first surface and the second surface, in which a portion of the first surface and a portion of the second surface comprising the at least one feature is entirely inside the casing; and

iv. a plurality of light emitting devices coupled to the electrically conductive lead frame, in which the plurality of light emitting devices and at least a second portion of the electrically conductive lead frame distinct from the first portion of the electrically conductive lead frame are exposed through the cavity.

155. As detailed in Paragraph 102 above, teardown images of infringing components used in the Absen X5, A25, and A99 display panels demonstrate that they contain a casing comprising a cavity extending into an interior of the casing from a top surface of the casing.

156. As detailed in Paragraph 103 above, teardown images of infringing components used in the Absen X5, A25, and A99 display panels demonstrate that they contain an electrically conductive lead frame coupled to the casing and comprising a plurality of leads.

157. As detailed in Paragraph 104 above, teardown images of infringing components used in the Absen X5, A25, and A99 display panels demonstrate that they comprise each lead of the plurality of leads comprising a package mounting portion in a first plane, a device mounting portion in a plane other than the first plane, and an intermediate portion between the first plane and the second plane, at least one lead in the plurality of leads having a first surface, and a second surface opposite the first surface, in which the plurality of leads comprises a plurality of electrically conductive cathode parts and a plurality of electrically conductive anode parts, in which the plurality of electrically conductive anode parts are separated by a gap from the plurality of electrically conductive cathode parts.

158. As detailed in Paragraph 105 above, examination of the componentry for the Absen X5, A25, and A99 display panels further

demonstrates that they comprise an emitter package, comprising at least one lead of the plurality of leads comprising at least one feature in a first portion of the electrically conductive lead frame, wherein the at least one feature comprises at least one of a through-hole, a cut, a spot punch, a U-bend, a projection, and an indentation.

159. As detailed in Paragraph 106 above, teardown images of infringing components used in the Absen X5, A25, and A99 display panels demonstrate that they contain a material of the casing contacts the at least one feature, wherein the at least one feature is distinct from the gap and in at least the first surface and the second surface, in which a portion of the first surface and a portion of the second surface comprising the at least one feature is entirely inside the casing.

160. As detailed in Paragraph 107 above, teardown images of infringing components used in the Absen X5, A25, and A99 display panels demonstrate that they contain a plurality of light emitting devices coupled to the electrically conductive lead frame, in which the plurality of light emitting devices and at least a second portion of the electrically conductive lead frame distinct from the first portion of the electrically conductive lead frame are exposed through the cavity.

161. Upon information and belief, to the extent the Absen X5, A25, and A99 display panels are found not to literally infringe claim 1 of the '393 Patent,

such display panels infringe at least claim 1 of the ’393 Patent under the doctrine of equivalents because they perform substantially the same function in substantially the same way to achieve substantially the same result as the claimed invention.

162. Upon information and belief, Orlando City SC has made and is continuing to make unlawful gains and profits from its infringement of the ’393 Patent.

163. As detailed in Paragraphs 47 through 48 above, Orlando City SC’s infringement of the ’393 Patent has been willful.

164. Orlando City SC’s infringement has caused and will continue to cause irreparable harm to Cree LED unless Orlando City SC’s infringing activities are permanently enjoined by this Court.

165. Orlando City SC’s infringement has also caused monetary damages to Cree LED in an amount to be determined at trial.

**JURY DEMAND**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Cree LED respectfully requests a trial by jury of any issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Cree LED respectfully requests that:

A. Defendants be adjudicated by this Court to have directly infringed one or more claims of each of the Asserted Patents either literally or under the doctrine of equivalents under 35 U.S.C. § 271;

B. Defendants be adjudicated by this Court to have willfully infringed one or more claims of each of the Asserted Patents from the time they received notice of alleged infringement, and that Cree LED be awarded treble damages for the period of such willful infringement pursuant to 35 U.S.C. § 284;

C. Defendants be ordered by this Court to account for and pay Cree LED damages adequate to compensate Cree LED for the infringement of one or more claims of the Asserted Patents, pursuant to 35 U.S.C. § 284;

D. This Court enter a permanent injunction pursuant to 35 U.S.C. § 283 preventing continued infringement of one or more claims of each of the Asserted Patents, and enjoining importation, sales and distribution of the Infringing Products;

E. This case be deemed exceptional and Cree LED be awarded interests, costs, expenses, and reasonable attorneys' fees for this suit as provided by 35 U.S.C. § 285; and

F. Cree LED be awarded such other and further relief as this Court may deem just and proper.

Respectfully submitted this 17th day of November, 2026.

By: */s/ Jounice L. Nealy-Brown*
Jounice L. Nealy-Brown, Esq.
Florida Bar No. 124793
Jordan M. Manahan, Esq.
Florida Bar No. 1059218
**GUNSTER, YOAKLEY & STEWART P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
Email: Jnealy-brown@gunster.com
Jmanahan@gunster.com
Secondary: Tkennedy@gunster.com

and

John F. Morrow, Jr., Esq. (*pro hac vice* to be filed)
North Carolina Bar No. 23382
**WOMBLE BOND DICKINSON (US), LLP**
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 721-3584
Facsimile: (336) 721-3660
Email: John.Morrow@wbd-us.com
Secondary: Amy.Slusher@wbd-us.com

and

James E. Dority, Esq. (*pro hac vice* to be filed)
South Carolina Bar No. 104627
**WOMBLE BOND DICKINSON (US), LLP**
550 South Main Street, Suite 400
Greenville, South Carolina 29601
Telephone: (864) 255-5400

Facsimile: (864) 255-5440
Email: James.Dority@wbd-us.com

*Attorneys for Plaintiff Cree LED Inc.*